SAUL ALLEY and others. *v.* CARY ROBINSON.

APPEAL from the Commercial Court of New Orleans, *Watts*, J.
*Elmore, W. W. King* and and *L. Pierce*, for the plaintiffs.
*Randall*, for the appellant.

MARTIN, J.    The defendant, sued upon an account annexed to
the petition, pleaded the general issue, and prayed for a trial by
jury.    There was a verdict and judgment against him, and he
appealed, without any attempt to have the verdict set aside.

He is since dead, after having availed himself of the laws of
bankruptcy, under the acts of Assembly of this State and those
of Congress.    The curator of his estate, his syndic, and assignee,
were made parties to the appeal, neither of whom has filed any
point from which we may discover on what ground he had built
his hope of our interference with the verdict of the jury, or the
judgment thereon.

We have examined the record, and have been unable to dis-
cover any error in the verdict.

*Judgment affirmed.*